KIMBERLY A. SANCHEZ
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
KATHERINE B. WATSON, WA BAR # 51525
Special Assistant United States Attorney
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 206-615-2139
Katherine.Watson@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES NOEL GORDON,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 2:25-CV-03127-TLN-SCR<br><br><br>STIPULATION AND ORDER FOR REMAND |

The parties, acting through their respective counsel, hereby stipulate that the above-captioned case be reversed and remanded to the Commissioner of Social Security for further administrative proceedings with respect to Plaintiff's eligibility for benefits under Titles II and XVI of the Social Security Act. Upon remand, the Appeals Council will instruct the Administrative Law Judge to further evaluate the medical opinion evidence; reevaluate the claimant's residual functional capacity; obtain supplemental vocational expert evidence to clarify the effect of assessed limitations on the claimant's occupational base, ask the vocational expert to identify examples of appropriate jobs and to state the incidence of such jobs in the national economy; offer the opportunity for a hearing; take any further action needed to complete the administrative record; and issue a new decision.

Respectfully submitted,

Dated: February 10, 2026     KIMBERLY A. SANCHEZ
               Acting United States Attorney

               MATHEW W. PILE
               Associate General Counsel
               Head of Program Litigation 1

        By:  */s/ Katherine B. Watson*
            KATHERINE B. WATSON
            Special Assistant United States Attorney
            Attorneys for Defendant

Dated: February 10, 2026

         By:*/s/ Francesco Benavides\**
           FRANCESCO BENAVIDES
           Attorneys for Plaintiff
           [*As authorized by e-mail on February 4, 2026]

## ORDER

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's eligibility for disability benefits under Titles II and XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will instruct the Administrative Law Judge to further evaluate the medical opinion evidence and prior administrative medical findings; reevaluate the claimant's residual functional capacity; obtain supplemental vocational expert evidence to clarify the effect of assessed limitations on the claimant's occupational base, ask the vocational expert to identify examples of appropriate jobs and to state the incidence of such jobs in the national economy; offer the opportunity for a hearing; take any further action needed to complete the administrative record; and issue a new decision.

DATED: February 12, 2026

_____
Troy L. Nunley
Chief United States District Judge